This memorandum is uncorrected and subject to revision before publication in the New York Reports.
--------------------------------------------------------------

No. 148  SSM 10
The People &c.,
          Respondent,
        v.
Michael Rutledge,
          Appellant.

Submitted by Robert S. Dean, for appellant.
Submitted by Sylvia Wertheimer, for respondent.

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

On review of submissions pursuant to section 500.11 of the Rules, order reversed, defendant's motion to suppress granted, and case remitted to Supreme Court, New York County, for further proceedings on the indictment (see People v Dunbar, 24 NY3d 304 [2014]).  Chief Judge Lippman and Judges Read, Pigott, Rivera, Abdus-Salaam, Stein and Fahey concur.

Decided June 9, 2015